IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00561-MSK-BNB

DANNY R. FISH,

    Plaintiff,

v.

WARDEN HOYT BRILL,
ASST. WARDEN GREG WILKINSON,
CHAPLAIN F. DYCUS,
FOOD SERVICE MANAGER DAVID MORTONSON, and
S/CO OSBORNE,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process

on the defendants.

DATED this 22nd day of September, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00561-MSK-BNB

Danny R. Fish
Prisoner No. 92117
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Judy Fuchs – **CERTIFIED**
Kit Carson Corr. Center
49777 County Road V
Burlington, CO 80807
**SERVICE DOCUMENTS FOR:**
**Hoyt Brill, Greg Wilkinson, F. Dycus,**
**David Mortonson and S/CO Osborne**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on Hoyt Brill, Greg Wilkinson, F. Dycus, David Mortonson and S/CO Osborne: AMENDED COMPLAINT FILED 7/13/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/22/10.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk